UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NETJETS ASSOCIATION OF
SHARED AIRCRAFT PILOTS,

    Plaintiff,

  v.

NETJETS AVIATION, INC., *et al.*,

    Defendants.

Case No. 2:23-cv-1404
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court upon Plaintiff's Unopposed Motion to Extend the Time to File a Reply (ECF No. 47) and the Parties' Joint Motion to Vacate Preliminary Injunction Hearing (ECF No. 48). Defendants consent to Plaintiff's eleven-day extension request. The Court **GRANTS** Plaintiff's unopposed motion, and Plaintiff is **DIRECTED** to file its reply in support of its Motion for Leave to File its Second Amended Complaint (ECF No. 44) by December 8, 2023.

The Parties have agreed to waive the preliminary injunction hearing scheduled for November 29, 2023, and request the Court issue its rulings based on the written record. The Court **GRANTS** the Parties' Joint Motion to Vacate and will resolve the motion without a hearing. The Clerk is **DIRECTED** to **VACATE** the Court's prior Notice of Hearing (ECF No. 42) regarding Plaintiff's Motion for a Preliminary Injunction.

    IT IS SO ORDERED.

**11/28/2023**
**DATE**

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE